JOHN SEARS v. STATE.

No. A-2157.   Opinion Filed December 12, 1914.

Appeal from County Court, Seminole County;

A. S. Norvell, Judge.

John Sears was convicted of violating the prohibitory law, and appeals.   Affirmed.

J. A. Patterson, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, John Sears, was convicted at the July, 1913, term of the county court of Seminole county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days. The appeal was filed in this court on December 31, 1913.   The cause was assigned for hearing at the November, 1914, term thereof.   No briefs have been filed on behalf of plaintiff in error and no appearance was made for oral argument.   The Assistant Attorney General, in open court, moved an affirmation on the ground that the appeal had not been properly prosecuted and had been abandoned.   The motion is sustained. The judgment of the trial court is, therefore, affirmed.   Mandate ordered forthwith.

---

BOB CHANDLER v. STATE.

No. A-2129.   Opinion Filed December 12, 1914.

Appeal from County Court, Oklahoma County;

John W. Hayson, Judge.

Bob Chandler was convicted of violating the prohibitory law, and appeals.   Affirmed.

Reardon & Hereford, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Bob Chandler, was tried and convicted at the July, 1913, term of the county court of Oklahoma county on a charge of selling intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a period of six months and a fine of five hundred dollars.   The appeal was filed in this court on November 12, 1913.   A careful examination of the record discloses no error prejudicial to the substantial rights of the plaintiff in error.   The judgment of the trial court is, therefore, affirmed.